



## MEMORANDUM OPINION

No. 04-10-00259-CV

**CMH HOMES, INC.**,
Vanderbilt Mortgage and Finance, Inc., and Bruce Robin Moore, Jr.,
Appellants

v.

Adam **PEREZ**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-09-339
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  May 9, 2012

DISMISSED

This matter is before us on remand from the Texas Supreme Court. *See CMH Homes v. Perez*, 340 S.W.3d 444, 454 (Tex. 2011). CMH Homes, Inc. and Vanderbilt Mortgage and Finance, Inc., have filed a motion to dismiss this proceeding. The motion contains a certificate of service to Adam Perez and Bruce Robin Moore, Jr., who have not opposed the motion. Therefore, we grant the motion and dismiss this proceeding. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM